# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WALTER C. MUMMEY,<br><br>　　　　　　Defendant. | 8:18CB6<br>Violation No.: NE14 6483754<br><br>ORDER TO DISMISS WARRANT |

This matter is before the Court on the United States' Motion for Dismissal of the warrant issued in the above captioned case [14]. The Court, being duly advised in the premises, finds that said Motion should be sustained.

FURTHER, the United States' requests the initial appearance for this matter be scheduled for September 25, 2018.

IT IS HEREBY ORDERED:

The arrest warrant issued for the defendant, WALTER C. MUMMEY, is dismissed.

IT IS FURTHER ORDERED:

The initial appearance for the defendant, WALTER C. MUMMEY, is set for September 25, 2018 at 9:00 a.m. The United States shall mail a Notice of Hearing to the defendant.

Dated this 30th day of August, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　United States Magistrate Judge